Richard L. Wynne (Bar No. 120349)
richard.wynne@hoganlovells.com
Erin N. Brady (Bar No. 215038)
erin.brady@hoganlovells.com
Edward J. McNeilly (Bar No. 314588)
edward.mcneilly@hoganlovells.com
HOGAN LOVELLS US LLP
1999 Avenue of the Stars, Suite 1400
Los Angeles, California 90067
Telephone: (310) 785-4600
Facsimile: (310) 785-4601

Megan Nishikawa (Bar No. 271670)
megan.nishikawa@hoganlovells.com
HOGAN LOVELLS US LLP
4 Embarcadero Ctr., Ste 3500
San Francisco, CA 94111
Telephone: (415) 374-2300
Facsimile: (415) 374-2499

*Attorneys for Plaintiff*

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SANTA ROSA DIVISION

| | |
|---|---|
| In re<br><br>LEFEVER MATTSON,<br><br>         Consolidated Debtor | Case No. 24-10545 (CN)<br><br>(Substantively Consolidated)<br><br>Chapter 11<br><br>Adv. Pro. No. 26-1003 |
| LEFEVER MATTSON,<br><br>         Plaintiff[1]<br><br>    v.<br><br>KENNETH W. MATTSON, an individual;<br>STACY MATTSON, an individual; and DOES<br>1 through 20, inclusive,<br><br>         Defendants. | **DECLARATION OF ERIN N. BRADY<br>WITH RESPECT TO (1) PLAINTIFF'S<br>DISCOVERY PLAN PURSUANT TO FED.<br>R. CIV. P. 26 AND BANKRUPTCY RULE<br>7026 AND (2) PLAINTIFF'S INITIAL<br>DISCLOSURES PURSUANT TO FED. R.<br>CIV. P. 26(a)(1)** |

---

[1] This adversary proceeding was filed by KS Mattson Partners, LP ("KSMP"). However, on March 6, 2026, the Court entered the *Order Substantively Consolidating Debtors and KSMP Investment Entities and Granting Related Relief* [Dkt. No. 3914] (the "Substantive Consolidation Order"), which substantively consolidated KSMP, LeFever Mattson and its affiliated debtors, and certain non-debtor entities, and their respective assets, liabilities and estates into LeFever Mattson. Paragraph 4 of the Substantive Consolidation Order provides: "The substantive consolidation of the Debtors and the KSMP Investment Entities shall not impair or otherwise affect any party's defenses, claims, counterclaims, or other rights that may be asserted by such party in connection with any litigation commenced by the Debtors or the Plan Recovery Trustee (or any estate representative or other successor)."

1

I, Erin N. Brady, declare hereby declare as follows:

1. I am a partner at Hogan Lovells US LLP, counsel to KS Mattson Partners, LP ("KSMP") in the chapter 11 cases substantively consolidated as *In re LeFever Mattson*, Consolidated Debtor (Case No. 24-1045). KSMP was the named plaintiff when the above-captioned adversary proceeding was filed, but following entry of the Substantive Consolidation Order, KSMP, LeFever Mattson and its affiliated debtors, and certain non-debtor entities, and their respective assets, liabilities and estates were substantively consolidated into LeFever Mattson.

2. I have personal knowledge of the facts stated herein and, if called to do so, could testify competently to them.

3. On February 26, 2026, the Court issued its *Summons and Notice of Scheduling Conference in an Adversary Proceeding* [Dkt. No. 2], setting a scheduling conference for May 1, 2026 at 11:00 a.m. (the "Scheduling Conference").

4. Also on February 26, 2026, the Court entered the *Order re: Initial Disclosures and Discovery Conference* [Dkt. No. 3], which required the parties, among other things, to (1) conduct a discovery conference at least 21 days before the Scheduling Conference (i.e., by April 10, 2026), (2) exchange initial disclosures within 14 calendar days after the discovery conference, and (3) file a joint discovery plan within 14 days after the discovery conference.

5. On April 7, 2026, I emailed Defendants' counsel to schedule a discovery conference. A true and correct copy of that email is attached hereto as Exhibit 1. I received no response.

6. On April 10, 2026, I followed up with Defendants' counsel. A true and correct copy of that email is attached hereto as Exhibit 2. Again, I received no response.

7. In both cases, I received no "bounceback" or "out-of-office" message to suggest that Defendants' counsel did not receive the email.

8.    Accordingly, having received no response from Defendants' counsel, Plaintiff submitted its initial disclosures to Defendants' counsel unilaterally without any input from Defendants, and Plaintiff filed a discovery plan unilaterally.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 27, 2026                                          /s/ *Erin N. Brady*
                                                               Erin N. Brady

Case: 26-01003    Doc# 7    Filed: 04/27/26    Entered: 04/27/26 11:33:29    Page 3 of 8

**Exhibit 1**

**From:** Brady, Erin
**To:** james@jlegal.org; Case Team 6
**Cc:** Nishikawa, Megan
**Subject:** K S Mattson Partners, LP v. Kenneth W. Mattson et al., Adv. Pro. No. 26-01003
**Date:** Tuesday, April 7, 2026 7:25:38 PM

Dear Counsel,

I am writing to schedule the Rule 26(f) discovery planning conference required in connection with the above-captioned adversary proceeding. As you know, Federal Rule of Bankruptcy Procedure 7026 incorporates Federal Rule of Civil Procedure 26(f), which requires the parties to meet and confer to discuss initial disclosures, preservation of discoverable information, and the development of a proposed discovery plan. I understand our deadline to complete this conference is Friday, April 10, 2026.

My colleague Megan Nishikawa and I are available to meet and confer any time after 12:00 p.m. on Friday, April 10. Please let me know your availability, and whether you prefer to meet by telephone or videoconference.

I look forward to hearing from you.

Best regards,
Erin

**Erin Brady**
*Partner*

Hogan Lovells US LLP
1999 Avenue of the Stars
Suite 1400
Los Angeles, CA 90067
Tel:     +1 310 785 4600
Fax:     +1 310 785 4601

Direct:   +1 310 785 4604

erin.brady@hoganlovells.com

**hoganlovells.com     LinkedIn**

**Exhibit 2**

| **From:** | Brady, Erin |
| --- | --- |
| **To:** | james@jlegal.org; Case Team 6 |
| **Cc:** | Nishikawa, Megan |
| **Subject:** | Re: K S Mattson Partners, LP v. Kenneth W. Mattson et al., Adv. Pro. No. 26-01003 |
| **Date:** | Friday, April 10, 2026 10:13:38 AM |

Counsel,

We have not received a response to our request to meet and confer regarding the Rule 26(f) conference. In light of the impending deadline, we will proceed with filing our Rule 26 statement as required, without your input.

Best regards,
Erin

 **Erin Brady**
*Partner*

---

**From:** Brady, Erin
**Sent:** Tuesday, April 7, 2026 7:25:35 PM
**To:** james@jlegal.org <james@jlegal.org>; Case Team 6 <caseteam-338@jlegal.org>
**Cc:** Nishikawa, Megan <megan.nishikawa@hoganlovells.com>
**Subject:** K S Mattson Partners, LP v. Kenneth W. Mattson et al., Adv. Pro. No. 26-01003

Dear Counsel,

I am writing to schedule the Rule 26(f) discovery planning conference required in connection with the above-captioned adversary proceeding. As you know, Federal Rule of Bankruptcy Procedure 7026 incorporates Federal Rule of Civil Procedure 26(f), which requires the parties to meet and confer to discuss initial disclosures, preservation of discoverable information, and the development of a proposed discovery plan. I understand our deadline to complete this conference is Friday, April 10, 2026.

My colleague Megan Nishikawa and I are available to meet and confer any time after 12:00 p.m. on Friday, April 10. Please let me know your availability, and whether you prefer to meet by telephone or videoconference.

I look forward to hearing from you.

Best regards,
Erin

**Erin Brady**
*Partner*

Hogan Lovells US LLP
1999 Avenue of the Stars
Suite 1400
Los Angeles, CA 90067
Tel:      +1 310 785 4600
Fax:      +1 310 785 4601

Direct:   +1 310 785 4604

erin.brady@hoganlovells.com

**hoganlovells.com     LinkedIn**